# United States District Court
# Central District of California

| | |
|---|---|
| PHYLLIS ANDREWS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALL GREEN CARPET & FLOOR CLEANING SERVICE; ALL GREEN CARPET & FLOOR CLEANING, INC.; TRAD TRAD,<br><br>　　　　　　Defendants. | Case No. 5:14-cv-00159-ODW(Ex)<br><br>**ORDER TO SHOW CAUSE RE. ABILITY TO PROCEED PRO SE AND ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

　　　　On June 30, 2014, the parties filed their Joint Rule 26(f) Report in this action. (ECF No. 12.)  After reviewing the Report, the Court has noticed that Defendant Trad Trad—an individual—purports to represent Defendants All Green Carpet & Floor Cleaning Service and All Green Carpet & Floor Cleaning, Inc., which are business entities.

　　　　It is well-settled that a corporation and other artificial entities may not represent themselves in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993); *see also* L.R. 83-2.2.2.  But this rule does not apply to sole proprietorships, as they do not have a legal existence independent of their owners.  *See Nova Exp. v. United States*, 80 Fed. Cl. 236, 238–39 (Fed. Cl.

2008); *Bd. of Trs. of Laborers Health & Welfare Trust Fund for N. Cal. v. Perez*, No. C-10-2002 JSW JCS, 2011 WL 6151506, at *4 (N.D. Cal. Nov. 7, 2011).

All Green Carpet & Floor Cleaning, Inc. is likely a corporation given its name. This defendant therefore needs to have a licensed attorney appear on its behalf; Trad Trad may not represent the company. But it is unclear what type of legal entity the other defendant is, namely, All Green Carpet & Floor Cleaning. Defendants only filed one answer, and the Answer does not reference the corporate defendant.

The Court **ORDERS** non-corporate-defendant All Green Carpet & Floor Cleaning through its representative to file a declaration establishing what type of legal entity it is by **Monday, July 14, 2014**. No hearing will be held. Failure to timely respond to this Order will result in the Court striking All Green Carpet & Floor Cleaning's Answer for want of licensed counsel.

The Court also notes that there is no proof of service on the docket—let alone one that references service of the First Amended Complaint. The Court therefore has no way to determine whether Plaintiff has served All Green Carpet & Floor Cleaning, Inc. The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Monday, July 14, 2014**, why it has not timely served All Green Carpet & Floor Cleaning, Inc. in accordance with Federal Rule of Civil Procedure 4. No hearing will be held. Failure to timely respond will result in the Court dismissing All Green Carpet & Floor Cleaning, Inc. from this action.

Lastly, the Court **VACATES** the July 7, 2014 Scheduling Conference set in this matter. The Court will either issue a scheduling order or recalendar the conference as necessary upon receiving the responses ordered above.

**IT IS SO ORDERED.**

June 30, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**