JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| PHYLLIS ANDREWS, | Case No. 5:14-cv-00159-ODW(Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALL GREEN CARPET & FLOOR CLEANING SERVICE; TRAD TRAD; ZEHAVA TOLEDANO; EYTAN TOLEDANO; KRISTINE DE GUZMAN; and RON HAVER, | |
| Defendants. | |

The Court **AWARDS damages** against Defendants Zehava Toledano and Eytan Toledano in the amount of **$16,500** for violation of the Telephone Consumer Protection Act under § 227(c)(5)(B). The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

June 11, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**